**DISMISS and Opinion Filed May 25, 2021**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-19-00555-CV**
_____

**MICHAEL POLYAK, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF IRINA POLYAK, DECEASED,** Appellant
**V.**
**NEW LIFECARE HOSPITALS OF NORTH TEXAS, LLC D/B/A LIFECARE HOSPITAL OF PLANO,** Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02630-2018**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

This appeal is reinstated. In 2019, we abated this case due to bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which shows the bankruptcy case associated with this appeal was terminated on March 29, 2021, effectively dissolving the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status of the bankruptcy and of this appeal. In response, appellant filed an unopposed

motion to dismiss the appeal.  We grant appellant's motion and dismiss this appeal.

*See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190555F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL POLYAK,
INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE
OF THE ESTATE OF IRINA
POLYAK, DECEASED, Appellant

No. 05-19-00555-CV     V.

NEW LIFECARE HOSPITALS OF
NORTH TEXAS, LLC D/B/A
LIFECARE HOSPITAL OF
PLANO, Appellee

On Appeal from the 416th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 416-02630-
2018.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered May 25, 2021